**RECEIVED**
IN ALEXANDRIA, LA.

JUL 17 2013

TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANTHONY TISCARENO, #15921-085     DOCKET NO. 12-CV-2585; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, JR.

WARDEN     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 17th day of July, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT